DONALD J. TERCH v. BOARD OF TRUSTEES, POLICE AND
FIREMEN'S RETIREMENT SYSTEM.

November 1, 1988.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration of its judgment in light of *Maynard v. Board of Trustees, Teachers'*

*Pension and Annuity Fund,* 113 *N.J.* 169 (1988) and *Ciecwicz v. Board of Trustees, Police and Firemen's Retirement System,* 113 *N.J.* 180 (1988).

Jurisdiction is not retained.